# Court of Appeals
## Tenth Appellate District of Texas

### 10-25-00280-CV

### In re Delphi Properties, LLC

### Original Proceeding

JUSTICE HARRIS delivered the opinion of the Court.

## MEMORANDUM OPINION

Relator's Petition for Writ of Mandamus, filed on August 20, 2025, is denied. Relator's Motion to Stay the Underlying Proceedings, filed on August 23, 2025, is dismissed as moot.

LEE HARRIS
Justice

OPINION DELIVERED and FILED: February 5, 2026

Before Chief Justice Johnson,
     Justice Smith, and
     Justice Harris
Denied
Motion dismissed
OT06

